UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| J.L. HOWZE,<br><br>　　　　　　Plaintiff,<br><br>　　　v.<br><br>RICK MALMENDIER, et al.,<br><br>　　　　　　Defendants. | No. 2:15-cv-1638 WBS CKD P<br><br><br>ORDER AND<br><br>FINDINGS AND RECOMMENDATIONS |

  Plaintiff is a state prisoner proceeding pro se and in forma pauperis with an action filed pursuant to 42 U.S.C. § 1983. Plaintiff's first amended complaint is before the court for screening under 28 U.S.C. § 1915A(a). The court has conducted the required screening and finds that "Claim VI" (pages12-13) in the amended complaint is a claim upon which plaintiff may proceed under the First Amendment against defendants Stephens and Steele. Accordingly, the court will order that defendants Stephens and Steele be served with process. With respect to the other claims and defendants identified in plaintiff's amended complaint, plaintiff's amended complaint fails to state a claim upon which relief can be granted.[1]

/////

---

[1] Further, none of the other claims identified in plaintiff's amended complaint are properly joined with plaintiff's First Amendment claim as none of the other claims concern defendants Stephens or Steele. See Fed. R. Civ. P. 20.

1

In accordance with the above, IT IS HEREBY ORDERED that:

1. Service is appropriate for defendants Stephens and Steele.

2. The Clerk of the Court shall send plaintiff two USM-285 forms, one summons, an instruction sheet and a copy of the amended complaint.

3. Within thirty days from the date of this order, plaintiff shall complete the attached Notice of Submission of Documents and submit the following documents to the court:

    a. The completed Notice of Submission of Documents;

    b. One completed summons;

    c. One completed USM-285 form for each defendant listed in number 1 above; and

    d. Three copies of the amended complaint.

4. Plaintiff need not attempt service on defendants and need not request waiver of service. Upon receipt of the above-described documents, the court will direct the United States Marshal to serve the above-named defendants pursuant to Federal Rule of Civil Procedure 4 without payment of costs.

IT IS HEREBY RECOMMENDED that all defendants other than defendants Stephens and Steele be dismissed.

These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within fourteen days after being served with these findings and recommendations, plaintiff may file written objections with the court. The document should be captioned "Objections to Magistrate Judge's Findings and Recommendations." Plaintiff is advised that failure to file objections within the specified time may waive the right to appeal the District Court's order. <u>Martinez v. Ylst</u>, 951 F.2d 1153 (9th Cir. 1991).

Dated: March 10, 2016

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1/howz1638.1

2

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| J.L. HOWZE,<br><br>              Plaintiff,<br><br>     v.<br><br>RICK MALMENDIER, et al.,<br><br>              Defendants. | No. 2:15-cv-1638 WBS CKD P<br><br>NOTICE OF SUBMISSION<br>OF DOCUMENTS |

    Plaintiff hereby submits the following documents in compliance with the court's order filed _____ :

    \_\_\_\_           completed summons form

    \_\_\_\_           completed USM-285 forms

    \_\_\_\_           copies of the _____
                                      Amended Complaint

DATED:

                                                      _____
                                                                      Plaintiff