UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| J.L. HOWZE,<br><br>         Plaintiff,<br><br>    v.<br><br>RICK MALMENDIER, et al.,<br><br>         Defendants. | No.  2:15-cv-1638 WBS CKD P<br><br><br>ORDER |

Defendants have requested an extension of time to file a response to plaintiff's amended complaint.  Good cause appearing, IT IS HEREBY ORDERED that:

1. Defendants' request for an extension of time is granted;

2. Defendants need not file a response to plaintiff's amended complaint until further notice from the court;

3. Plaintiff shall file an opposition to defendants' motion to revoke plaintiff's IFP status within 30 days.  Failure to file an opposition within 30 days will result in a recommendation that this action be dismissed without prejudice.

Dated:  August 3, 2016

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1/howz1638.36(2)