UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| J.L. HOWZE,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>RICK MALMENDIER,<br><br>　　　　　Defendants. | No. 2:15-cv-1638 WBS CKD P<br><br><br>ORDER |

On August 18, 2016, plaintiff filed a document which is somewhat unclear, but could be construed as a notice of voluntary dismissal of this action under Rule 41(a) of the Federal Rules of Civil Procedure. Good cause appearing, IT IS HEREBY ORDERED that if plaintiff wishes to proceed with this action, he shall so inform the court within 14 days. If plaintiff does not respond to this order, the document filed by plaintiff on August 18, 2016 will be construed as a notice of dismissal under Rule 41(a) of the Federal Rules of Civil Procedure and this case will be closed.

Dated: October 19, 2016

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　CAROLYN K. DELANEY
　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1
howz1638.dis